CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

2023 APR 11  PM 1: 51

DEPUTY CLERK

UNITED STATES OF AMERICA

v.

RAYMOND MELENDEZ

NO. **5-23CR-021-H**

## INDICTMENT

The Grand Jury Charges:

Count One
Transfer of Obscene Material to a Minor
(Violation of 18 U.S.C. § 1470)

From on or about July 26, 2021, to on or about August 7, 2021, in the Lubbock

Division of the Northern District of Texas, and elsewhere, **Raymond Melendez**,

defendant, knowingly used a facility and means of interstate and foreign commerce, and

transferred, and attempted to transfer, to another individual who had not attained the age

of sixteen years, obscene matter, that is: sexually suggestive and sexually explicit

messages that appealed predominantly to prurient interest, described sexual conduct in a

patently offensive way, and lacked serious literary, artistic, political, and scientific value,

to a person Defendant knew and believed to be a minor female who had not attained the

age of sixteen years.

In violation of Title 18, United States Code, Section 1470.

<u>Count Two</u>
Transfer of Obscene Material to a Minor
(Violation of 18 U.S.C. § 1470)

On or about July 25, 2021, in the Lubbock Division of the Northern District of

Texas, and elsewhere, **Raymond Melendez**, defendant, knowingly used a facility and

means of interstate and foreign commerce, and transferred, and attempted to transfer, to

another individual who had not attained the age of sixteen years, obscene matter, that is: a

photograph of his erect penis that appealed predominantly to prurient interest, depicted

sexual conduct in a patently offensive way, and lacked serious literary, artistic, political,

and scientific value, to a person Defendant knew and believed to be a minor female who

had not attained the age of sixteen years.

In violation of Title 18, United States Code, Section 1470.

**Raymond Melendez**
**Indictment - Page 2**

Forfeiture Notice
(18 U.S.C. § 2428)

Upon conviction of any offense alleged in the Indictment, and pursuant to

18 U.S.C. § 1467, defendant **Raymond Melendez** shall forfeit to the United States of

America: (a) any obscene material produced, transported, mailed, shipped, or received in

violation of Chapter 71; (b) any property, real or personal, constituting or traceable to

gross profits or other proceeds obtained from such offense; and (c) any property, real or

personal, used or intended to be used to commit or to promote the commission of such

offense.

The above-referenced property subject to forfeiture includes, but is not limited to,

a black iPhone, a Samsung tablet, a white iPhone, a silver HP laptop, and a blue HP

laptop, seized by law enforcement on April 28, 2022, currently in the possession of law

enforcement.

If any of the property described above, as a result of any act or omission of the

defendant:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without
        difficulty,

**Raymond Melendez**
**Indictment - Page 3**

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18

U.S.C. § 1467(b), to seek forfeiture of any other property of the said defendant up to the

value of the forfeitable property described above.

A TRUE BILL

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7564
Facsimile:    806-472-7394
E-mail:    callie.woolam@usdoj.gov

**Raymond Melendez**
**Indictment - Page 4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

RAYMOND MELENDEZ

INDICTMENT

COUNT 1:    TRANSFER OF OBSCENE MATERIAL TO A MINOR
Title 18, United States Code, Section 1470.

COUNT 2:    TRANSFER OF OBSCENE MATERIAL TO A MINOR
Title 18, United States Code, Section 1470.

(2 COUNTS + FORFEITURE)

A true bill rendered,

Lubbock _____ _____ Foreperson

Filed in open court this 11th day of April, A.D. 2023

_____ Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE